```
1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  A PROFESSIONAL LAW CORPORATION
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs
   PATRICK CONNALLY
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAFE FRANCISCO; HAROLD PARKER PROPERTIES LP, a California limited partnership; JULIE D. RAY and ZIAD ABUDIAB, individuals dba CAFE FRANCISCO,<br><br>Defendants. | CASE NO. CV-08-4857-WDB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS JULIE D. RAY and ZIAD ABUDIAB, individuals dba CAFE FRANCISCO TO RESPOND TO COMPLAINT |

Plaintiffs PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS ("DREES") through their undersigned counsel, and defendants JULIE D. RAY and ZIAD ABUDIAB, individuals dba CAFE FRANCISCO, *in pro per,* stipulate as follows:

1. Defendants JULIE D. RAY and ZIAD ABUDIAB are granted an extension of time to and including January 14, 2009, to answer or otherwise respond to plaintiffs' complaint.

///

2.    In the event defendants JULIE D. RAY and ZIAD ABUDIAB, file a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion.

3.    Defendants further stipulate that defendants will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendants' responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: December 16, 2008

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/S/_____
Thomas E. Frankovich
Attorneys for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation

DATED: December 16, 2008

JULIE D. RAY,

By: _____/S/_____
JULIE D. RAY, an individual dba CAFÉ FRANCISCO, *IN PRO PER*

///
///
///
///

1  DATED: December 16, 2008          ZIAD ABUDIAB,

3                                    By: _____/S/_____
                                     ZIAD ABUDIAB, an individual dba CAFÉ
4                                    FRANCISCO, *IN PRO PER*

6                                    **ORDER**

7      IT IS HEREBY ORDERED that the Defendants JULIE D. RAY and ZIAD ABUDIAB are granted an extension of time to and including January 14, 2009, to answer or otherwise respond to plaintiffs' complaint.

11  Dated: 12/17, 2008

                                     _____
                                     Honorable Wayne D. Brazil
                                     United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS JULIE D. RAY and ZIAD ABUDIAB, individuals dba CAFE FRANCISCO TO RESPOND TO COMPLAINT          CASE NO. CV-08-4857-WDB          3