THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:  415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs PATRICK CONNALLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAFÉ FRANCISCO; HAROLD PARKER PROPERTIES LP, a California limited partnership; JULIE D. RAY and ZIAD ABUDIAB, individuals dba CAFÉ FRANCISCO,<br><br>Defendants. | CASE NO. CV-08-04857-WDB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION |

Plaintiff PATRICK CONNALLY and Defendants HAROLD PARKER PROPERTIES LP, a California limited partnership; JULIE D. RAY and ZIAD ABUDIAB, individuals dba CAFÉ FRANCISCO by and through their respective counsel, respectfully request and stipulate, as follows:

1.  WHEREAS, defendant HAROLD PARKER PROPERTIES LP, a California limited partnership filed their answer to the complaint on December 15, 2008;

2.  WHEREAS, defendants JULIE D. RAY and ZIAD ABUDIAB, individuals dba CAFÉ FRANCISCO filed their answer to the complaint on January 14, 2009;

3. WHEREAS, due to scheduling conflict, the parties were unable to hold the joint site inspection of the premises by February 2, 2009, as Ordered by General Order 56, ¶3,4;

4. WHEREAS, the parties are scheduled to conduct the joint site inspection of the subject premises no later than March 16, 2009; and

5. WHEREAS, in light of the above, the parties, hereby agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including March 16, 2009.

Respectfully Submitted.

Dated: February 3, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By:  /S/
Thomas E. Frankovich
Attorney for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: February 3, 2009

L. JAY PEDERSEN,
Bledsoe, Cathcart, Diestel, Pedersen & Treppa LLP

By:  /S/
L. Jay Pedersen
Attorney for Defendants JULIE D. RAY and ZIAD ABUDIAB, individuals dba CAFÉ FRANCISCO

///
///
///
///
///
///
///
///
///

1 | Dated: February 3, 2009

NAIRI CHAKALIAN,
Haight Brown & Bonesteel LLP

By: _____/S/_____
Nairi Chakalian
Attorney for Defendant HAROLD PARKER
PROPERTIES LP, a California limited partnership

### ORDER

**IT IS SO ORDERED** that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including March 16, 2009.

Dated: 2/4, 2009

Honorable Wayne D. Brazil
United States Magistrate Judge