1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs PATRICK CONNALLY
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES: HELPING YOU
   HELP OTHERS

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

12  PATRICK CONNALLY, an individual; and )   **CASE NO.  CV-08-04857-WDB**
    DISABILITY RIGHTS, ENFORCEMENT,   )
13  EDUCATION, SERVICES:HELPING YOU)          **SECOND STIPULATION AND**
    HELP OTHERS, a California public benefit )  ~~**[PROPOSED]**~~ **ORDER CONTINUING**
14  corporation,                                     )   **DEADLINE FOR THE PARTIES TO**
                                                  )   **CONDUCT THE JOINT SITE**
15          Plaintiffs,                           )   **INSPECTION**
                                                  )
16  v.                                            )
                                                  )
17  CAFÉ FRANCISCO; HAROLD PARKER  )
    PROPERTIES LP, a California limited  )
18  partnership; JULIE D. RAY and ZIAD  )
    ABUDIAB, individuals dba CAFÉ     )
19  FRANCISCO,                                )
                                                  )
20          Defendants.                         )
    _____)

21          Plaintiff PATRICK CONNALLY and Defendants HAROLD PARKER PROPERTIES

22  LP, a California limited partnership; JULIE D. RAY and ZIAD ABUDIAB, individuals dba

23  CAFÉ FRANCISCO by and through their respective counsel, respectfully request and stipulate,

24  as follows:

25          1.       WHEREAS, due to scheduling conflict, the parties are unable to hold the joint

26  site inspection of the premises by March 16, 2009, pursuant to the Order continuing the

27  deadline for the parties to conduct the joint site inspection.

28   *///*

1    2.    WHEREAS, in light of the above, the parties, hereby agree, stipulate and

2  respectfully request that the last day for the parties and counsel to conduct the joint site

3  inspection of the premises be continued up to and including March 26, 2009.

4  Respectfully Submitted.

5

6  Dated: March 10, 2009                    THOMAS E. FRANKOVICH,
                                            *A PROFESSIONAL LAW CORPORATION*

7

8                                           By:_____/S/_____
                                                   Thomas E. Frankovich
9                                           Attorney for Plaintiffs PATRICK CONNALLY and
                                            DISABILITY RIGHTS ENFORCEMENT,
10                                          EDUCATION SERVICES: HELPING YOU
                                            HELP OTHERS

11

12  Dated: March 11, 2009                   L. JAY PEDERSEN,
                                            Bledsoe, Cathcart, Diestel, Pedersen & Treppa LLP
13

14                                          By:_____/S/_____
                                                   L. Jay Pedersen
15                                          Attorney for Defendants JULIE D. RAY and ZIAD
                                            ABUDIAB, individuals dba CAFÉ FRANCISCO
16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Dated: March 13, 2009

NAIRI CHAKALIAN,
Haight Brown & Bonesteel LLP


By:_____/S/_____
                    Nairi Chakalian
Attorney for Defendant HAROLD PARKER
PROPERTIES LP, a California limited partnership

## **ORDER**

    **IT IS SO ORDERED** that the last day for the parties and counsel to conduct the joint

inspection of the premises be continued up to and including March 26, 2009.


Dated: _____March 16_____, 2009

_____
Honorable Wayne D. Brazil
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Wayne D. Brazil