THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:  415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs PATRICK CONNALLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CAFE FRANCISCO; HAROLD PARKER PROPERTIES LP, a California limited partnership; JULIE D. RAY and ZIAD ABUDIAB, individuals dba CAFE FRANCISCO<br>　　　　Defendants. | CASE NO. CV-08-04857-WDB<br><br>STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4    This stipulation may be executed in counterparts, all of which together shall constitute one
5  original document.

6
7  Dated: November 30, 2009                THOMAS E. FRANKOVICH,
8                                          *A PROFESSIONAL LAW CORPORATION*
9
10                                         By: _____/S/_____
                                                Thomas E. Frankovich
11                                         Attorneys for Plaintiffs PATRICK CONNALLY and
                                           DISABILITY RIGHTS ENFORCEMENT,
12                                         EDUCATION SERVICES
13
14
15
16
17 Dated: November 30, 2009                BLEDSOE, CATHCART, DIESTEL, PEDERSEN
                                           & TREPPA LLP
18
19
20                                         By: _____
                                                L. Jay Pedersen
21                                         Attorneys for Defendant JULIE D. RAY and
                                           ZIAD ABUDIAB
22
23
24 ///
25 ///
26 ///
27 ///
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-2-

Dated: November 30, 2009         Haight Brown & Bonesteel LLP

By: /s/ Nairi Chakalian
Nairi Chakalian
Attorneys for Defendant HAROLD PARKER PROPERTIES LP

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED: 12/1/, 2009

Honorable ~~Wayne D. Brazil~~ Timothy J Bommer
United States ~~District Judge~~ Magistrate Judge

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON

-3-